IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01962-REB-MJW

SARAH E. TOMSKY, Individually and On Behalf of All Others Similarly Situated,

Plaintiff(s),

v.

HEALTH GRADES, INC.,
KERRY R. HICKS,
MATS WAHLSTROM,
MARY BOLAND,
LESLIE S. MATTHEWS,
JOHN QUATTRONE,
DAVID G. HICKS,
WES CREWS,
ALLEN DODGE,
MOUNTAIN ACQUISITION CORP.,
MOUNTAIN MERGER SUB CORP.,
MOUNTAIN ACQUISITION HOLDINGS, LLC, and
VESTER CAPITAL PARTNERS V, L.P.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Motion for Stay and To Vacate October 27, 2010 Scheduling Conference is GRANTED IN PART AND DENIED IN PART. The motion is DENIED as to Staying this case. The motion is GRANTED as to vacating the Rule 16 Scheduling Conference however this court will convert the Rule 16 Scheduling Conference to a Telephone Status Conference on October 27, 2010, at 8:30 a.m. Plaintiff shall initiate the telephone conference call on October 27, 2010, at 8:30 a.m. The court's telephone number is (303) 844-2403. Counsel for Defendants shall notify Plaintiff's counsel forthwith and let Plaintiff's counsel know what telephone number can be used for the Status Conference on October 27, 2010, at 8:30 a.m.

Date: October 20, 2010