# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Case No. 10-cv-01962-REB-MJW

SARAH E. TOMSKY, Individually and On Behalf of All Others Similarly Situated,

    Plaintiff,

v.

HEALTH GRADES, INC.,
KERRY R. HICKS,
MATS WAHLSTROM,
MARY BOLAND,
LESLIE S. MATHEWS,
JOHN QUATTRONE,
DAVID G. HICKS,
WES CREWS,
ALLEN DODGE,
MOUNTAIN ACQUISITION CORP.,
MOUNTAIN MERGER SUB CORP.,
MOUNTAIN ACQUISITION HOLDINGS, LLC, and
VESTAR CAPITAL PARTNERS, V, LP,

    Defendants.

## ORDER OF ADMINISTRATIVE CLOSURE

**Blackburn, J.**

    The matter before me is the **Joint Motion For Administrative Closure** [#19] filed November 2, 2010. After reviewing the motion and the file, I conclude that the motion should be granted and that under **D.C.COLO.LCivR 41.2**, this action should be closed administratively.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Joint Motion For Administrative Closure** [#19] filed November 2, 2010, is **GRANTED**; and

2. That under **D.C.COLO.LCivR 41.2**, the clerk is **DIRECTED** to close this civil action administratively, subject to reopening for good cause.

Dated November 2, 2010, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge